BRODSKY MICKLOW BULL & WEISS LLP
Eugene A. Brodsky, State Bar No. 36691
Edward M. Bull III, State Bar No. 141996
384 Embarcadero West, Suite 200
Oakland, California  94607-3704
Telephone:   (510) 268-6180
Facsimile:    (510) 268-6181

Attorneys for Plaintiff,
Donna Deloise Moore

Tony West
Assistant Attorney General
Melinda L. Haag
United States Attorney
R. Michael Underhill
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. Scott Blaze
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102-3463

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONNA DELOISE MOORE, | ) | CASE NO. CV 10-4621 SC |
|---|---|---|
| Plaintiff, | ) | AMENDED STIPULATION AND ~~PROPOSED~~ ORDER RE EXPERT DISCLOSURES AND REPORTS |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, *in personam,* CAPE HORN, its engines, tackle, apparel, furniture, etc., *in rem* | ) | |

DONNA DELOISE MOORE ("Plaintiff") and THE UNITED STATES OF

1  AMERICA ("Defendant") jointly submit this Stipulation and Proposed Order
2  Regarding Expert Disclosures and Reports as follows:
3         WHEREAS in its CIVIL MINUTES entered on January 7, 2011, the Court set
4  this mater for a bench trial "immediately after" the trial in the related case (C-10-2193 -
5  set for trial on September 6, 2011); and
6         WHEREAS the Court did not set dates for expert disclosures or the exchange of
7  expert reports in its Minutes of January 7, 2011; and
8         WHEREAS the parties want an exchange date approved by the Court; and
9         WHEREAS the parties want to await the completion of discovery prior to the
10 first disclosure of expert information and reports by the Plaintiff;
11        WHEREFORE The parties HEREBY STIPULATE and request that the Court
12 order that expert disclosures and reports be exchanged by the parties as follows:
13        By Plaintiff:      July 15, 2011
14        By Defendant:      August 5, 2011.
15
16 DATED: July 1, 2011             BRODSKY  MICKLOW BULL & WEISS LLP
17
                                   By:   /S/ Edward M. Bull III
18                                         Edward M. Bull III
19                                 Attorneys for Plaintiff
                                   Donna Deloise Moore
20
21
22 DATED: July 1, 2011             U.S. Department of Justice
                                   Torts Branch, Civil Division
23
24                                 By:   /S/ R. Scott Blaze
                                         R. Michael Underhill
25                                       R. Scott Blaze
26                                 Attorneys for Defendant
                                   United States of America
27
28

[PROPOSED]

**ORDER**

Having considered the stipulation of counsel, and good cause appearing in support of their request, IT IS HEREBY ORDERED THAT expert disclosures and reports be exchanged by the parties as follows:

By Plaintiff:  July 15, 2011.

By Defendant:  August 5, 2011.

DATED: 7/5/11

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to attorney, R. Scott Blaze, and that he authorized me to sign the document on his behalf.

/s/ Edward M. Bull III