1  BRODSKY MICKLOW BULL & WEISS LLP
   Eugene A. Brodsky, State Bar No. 36691
2  Edward M. Bull III, State Bar No. 141996
   384 Embarcadero West, Suite 200
3  Oakland, California  94607-3704
   Telephone:     (510) 268-6180
4  Facsimile:     (510) 268-6181

5  Attorneys for Plaintiff,
   Donna Deloise Moore
6
   TONY WEST
7  Assistant Attorney General
   MELINDA L. HAAG
8  United States Attorney
   R. MICHAEL UNDERHILL
9  Attorney in Charge
   West Coast and Pacific Rim Office
10 Torts Branch, Civil Division
   R. SCOTT BLAZE
11 Senior Admiralty Counsel
   VICKEY L. QUINN
12 Trial Attorney
   Torts Branch, Civil Division
13 U.S. Department of Justice
   7-5395 Federal Bldg., P.O. Box 36028
14 450 Golden gate Avenue
   San Francisco, California 94102-3463
15 Telephone: (415) 436-6635/6645
   Telefax: (415) 436-6632
16
   Attorneys for Defendant
17 United States of America

18
                       NORTHERN DISTRICT OF CALIFORNIA
19

20
   DONNA DELOISE MOORE,                    )   CASE NO. CV 10-4621 SC
21                                         )
           Plaintiff,                      )   **STIPULATION OF DISMISSAL**
22                                         )   **[and ~~Proposed~~ Order]**
   vs.                                     )   **[F.R.C.P. 41(a)(1)(A)(ii)]**
23                                         )
                                           )
24 THE UNITED STATES OF AMERICA, *in*      )
   *personam,* CAPE HORN,  its engines, tackle, )
25 apparel, furniture, etc., *in rem*      )
                                           )
26 _____  _____ )

27

28

                   Stipulation of Dismissal and Proposed Order
                              Case No. CV10-4621 SC
                                       1

It is hereby STIPULATED by and between DONNA DELOISE MOORE ("Plaintiff") and THE UNITED STATES OF AMERICA ("Defendant") that this case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Procedure, each party to bear its own attorney's fees and costs.

DATED: October 11, 2012         BRODSKY MICKLOW BULL & WEISS LLP

                                         By:  /S/ Edward M. Bull III
                                                Edward M. Bull III

Attorneys for Plaintiff
Donna Deloise Moore

DATED: October 11, 2012         U.S. Department of Justice
Torts Branch, Civil Division

                                         By:  /S/ R. Scott Blaze
                                             R. Michael Underhill
                                             R. Scott Blaze

Attorneys for Defendant
United States of America

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to attorney, R. Scott Blaze, and that he authorized me to sign the document on his behalf.

/s/ Edward M. Bull III

**ORDER**

Having considered the stipulation of counsel IT IS HEREBY ORDERED THAT the above Action is hereby dismissed with prejudice.

DATED:    10/16/12

_____
HON. SA[MUEL CONTI]
UNITE[D STATES DISTRICT] JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*

Stipulation of Dismissal and Proposed Order
Case No. CV10-4621 SC
2